UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD W. LECH, II, as Personal
Representative of The Estate of
RONALD LECH III, on behalf of themselves
and all others similarly situated

        Plaintiffs,

Case No.: 8:19-cv-2983-T-35TGW

v.

STATE FARM LIFE INSURANCE COMPANY,

        Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

        Defendant, STATE FARM LIFE INSURANCE COMPANY ("State Farm"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests an Order of this Honorable Court extending the time for State Farm to answer Plaintiff's Amended Class Action Complaint (Doc. 34). In support thereof, State Farm states the following:

        1.    On February 18, 2020, Plaintiffs filed a four-count Amended Class Action Complaint, alleging breach of contract, breach of the covenant of good faith and fair dealing, conversion, and seeking declaratory relief. (Doc. 34.)

        2.    On March 3, 2020, State Farm filed its Motion to Dismiss Amended Class Action Complaint. (Doc. 39.)

        3.    On February 23, 2021, this Court entered an Order (Doc. 60) denying State Farm's Motion to Dismiss Amended Class Action Complaint. In its Order, the

Court stated, "Defendant shall file an answer to the Amended Complaint within fourteen (14) days of the date of this Order." (Doc. 60, at p. 13.)

4. Because the Order was dated February 23, and it gives State Farm 14 days thereafter to file an answer, State Farm's answer to the Amended Class Action Complaint is due on March 9, 2021.

5. To properly respond to Plaintiffs' Amended Class Action Complaint, State Farm's attorneys need additional time to confer with State Farm and prepare its defenses.

6. Therefore, State Farm requests an extension of 14 days, until March 23, 2021, in which to file its answer to Plaintiffs' Amended Class Action Complaint.

7. State Farm has conferred with counsel for the Plaintiffs prior to filing this motion and represents that the Plaintiffs have no opposition.

8. The extension of time requested will not prejudice any party in any way and will not create a substantial delay in the prosecution of this action.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure gives this Court discretion to extend deadlines upon a showing of "good cause," if the request is made before the original deadline has passed. Fed. R. Civ. P. 6(b). Here, for the reasons stated above, good cause exists for the requested extension.

WHEREFORE, State Farm respectfully requests that this Honorable Court enter an order allowing State Farm an additional two weeks, until March 23, 2021, to respond to Plaintiffs' Amended Class Action Complaint.

## **LOCAL RULE 3.01(g) CERTIFICATION**

As required by Local Rule 3.01(g), State Farm's counsel has conferred with counsel for the Plaintiffs by email on March 3 and March 4, 2021, regarding the subject matter raised in this Motion, and certifies that Plaintiffs have no opposition to the requested extension of time.

Date: March 8, 2021

          s/John W. Weihmuller, Esq.
John W. Weihmuller, Esq.
Florida Bar No. 0442577
Brian D. Webb, Esq.
Florida Bar No. 0073989
**Butler Weihmuller Katz Craig LLP**
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602-4327
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Email: jweihmuller@butler.legal
Email: bwebb@butler.legal

Jeremy A. Root, Esq. (*pro hac vice*)
Todd A. Noteboom, Esq. (*pro hac vice*)
**Stinson LLP**
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
Facsimile: (573) 636-6231
Email: jeremy.root@stinson.com
Email: todd.noteboom@stinson.com

Cari K. Dawson (*pro hac vice*)
Tiffany L. Powers (*pro hac vice*)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com

3

*Attorneys for Defendant*
*State Farm Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on March 8, 2021, on all counsel or parties of record on the Service List below.

<u>John W. Weihmuller, Esq.</u>
JOHN W. WEIHMULLER, ESQ.

## SERVICE LIST

| | |
|---|---|
| **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE**<br>Michael E. Lockamy, Esq.<br>Michael E. Halkitis, Jr., Esq.<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, FL 32202<br>mel@bedellfirm.com<br>meh@bedellfirm.com<br><br>*Attorneys for Plaintiff* | **HAUSFELD LLP**<br>James J. Pizzirusso, Esq.<br>Nathaniel C. Giddings, Esq.<br>Melinda R. Coolidge, Esq.<br>Kimberly A. Fetsick, Esq.<br>1700 K Street, NW<br>Washington, DC 20006<br>jpizzirusso@hausfeld.com<br>ngiddings@hausfeld.com<br>mcoolidge@hausfeld.com<br><br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* |
| **KALIEL PLLC**<br>*Sophia Goren Gold, Esq.<br>1875 Connecticut Ave., NW<br>10th Floor<br>Washington, DC 20009<br>sgold@kalielpllc.com<br><br>*Attorney for Plaintiff* | **MITCHELL DeCLERCK**<br>Larry D. Lahman, Esq.<br>Roger L. Ediger, Esq.<br>202 West Broadway Avenue<br>Enid, OK 73701<br>larry.lahman@sbcglobal.net<br>rle@mdpllc.com<br><br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* |
| **STUEVE SIEGEL HANSON LLP**<br>Ethan M. Lange, Esq.<br><br>Norman E. Siegel, Esq.<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Email: siegel@stuevesiegel.com<br>Email: lange@stuevesiegel.com<br><br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* | |

*To be admitted pro hac vice