UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD LECH II, as Personal
Representative of The Estate of
RONALD LECH III, on behalf of himself
and all others similarly situated

        Plaintiffs,

                                        Case No.: 8:19-cv-2983-T-35TGW

v.

STATE FARM LIFE INSURANCE
COMPANY,

        Defendant.
_____/

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

**X** IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:
*David Toms, individually and on behalf of all others similarly situated v. State Farm Life Insurance Company*, Case No. 8:21-cv-00736-KKM-JSS, in the United States District Court, Middle District of Florida, Tampa Division.

___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

Date: April 22, 2021

                                              s/John W. Weihmuller, Esq.
                                              John W. Weihmuller, Esq.
                                              Florida Bar No. 0442577
                                              Brian D. Webb, Esq.
                                              Florida Bar No. 0073989

**Butler Weihmuller Katz Craig LLP**
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602-4327
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Email: jweihmuller@butler.legal
Email:  bwebb@butler.legal

Jeremy A. Root, Esq. (*pro hac vice*)
Todd A. Noteboom, Esq. (*pro hac vice*)
**Stinson LLP**
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
Facsimile: (573) 636-6231
Email: jeremy.root@stinson.com
Email: todd.noteboom@stinson.com

Cari K. Dawson (*pro hac vice*)
Tiffany L. Powers (*pro hac vice*)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com
*Attorneys for Defendant*
*State Farm Life Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on April 22, 2021, on all counsel or parties of record on the Service List below.

s/John W. Weihmuller, Esq.
JOHN W. WEIHMULLER, ESQ.

## SERVICE LIST

| | |
|---|---|
| **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE**<br>Michael E. Lockamy, Esq.<br>Michael E. Halkitis, Jr., Esq.<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, FL 32202<br>mel@bedellfirm.com<br>meh@bedellfirm.com<br><br>*Attorneys for Plaintiff* | **HAUSFELD LLP**<br>James J. Pizzirusso, Esq.<br>Nathaniel C. Giddings, Esq.<br>Melinda R. Coolidge, Esq.<br>Kimberly A. Fetsick, Esq.<br>1700 K Street, NW<br>Washington, DC 20006<br>jpizzirusso@hausfeld.com<br>ngiddings@hausfeld.com<br>mcoolidge@hausfeld.com<br><br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* |
| **KALIEL PLLC**<br>*Sophia Goren Gold, Esq.<br>1875 Connecticut Ave., NW<br>10th Floor<br>Washington, DC 20009<br>sgold@kalielpllc.com<br><br>*Attorney for Plaintiff* | **MITCHELL DeCLERCK**<br>Larry D. Lahman, Esq.<br>Roger L. Ediger, Esq.<br>202 West Broadway Avenue<br>Enid, OK 73701<br>larry.lahman@sbcglobal.net<br>rle@mdpllc.com<br><br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* |
| **STUEVE SIEGEL HANSON LLP**<br>Ethan M. Lange, Esq.<br><br>*Norman E. Siegel, Esq.<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Email:  siegel@stuevesiegel.com<br>           lange@stuevesiegel.com<br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* | **MILLER SCHIRGER LLC**<br>*John J. Schirger, Esq.<br>*Joseph M. Feierabend, Esq.<br>*Matthew W. Lytle, Esq.<br>4520 Main Street<br>Suite 1570<br>Kansas City, MO  64111<br>Email: jschirger@millerschirger.com<br>           jfeierabend@millerschirger.com<br>           mlytle@millerschirger.com<br>*Attorneys for Plaintiff* |

*\*To be admitted pro hac vice*