## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| RONALD LECH II, as Personal Representative of The Estate of RONALD LECH III, on behalf of himself and all others similarly situated Plaintiffs,, <br><br> v. <br><br> STATE FARM LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 8:19-cv-02983-MSS-TGW |

### NOTICE OF FILING MOTION TO TRANSFER

Pursuant to Local Rule 1.07(a)(2)(B), Plaintiff David Toms, plaintiff in the related action, *Toms v. State Farm Life Insurance Company*, Case No. 8:21-cv-00736-KKM-JSS ("*Toms*"), in the United States District Court, Middle District of Florida, Tampa Division, pending before the Honorable Judge Kathryn Kimball Mizelle, hereby gives notice of filing a Motion for Transfer, which seeks to have his matter transferred before this Court pursuant to the Local Rule. As required by Local Rule 1.07(a)(2)(B), attached hereto as Exhibit 1 is a copy of the motion filed in *Toms*.

Dated: June 16, 2021                    Respectfully submitted,

                                        **MORGAN & MORGAN**

                                        */s/ John Yanchunis*
                                        John Yanchunis FL # 324681
                                        201 N Franklin Street, 7th Floor
                                        Tampa, Florida 33602
                                        Telephone:    813-275-5272
                                        Facsimile:    813-222-4736

Email: jyanchunis@forthepeople.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO # 60583
(admitted *pro hac vice*)
Matthew W. Lytle, MO #59145
(admitted *pro hac vice*)
Joseph M. Feierabend, MO #62563
(admitted *pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682
(*pro hac vice application forthcoming*)
Ethan Lange, MO # 67857
(admitted *pro hac vice*)
Lindsay Todd Perkins, MO # 60004
(admitted *pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: siegel@stuevesiegel.com
Email: lange@stuevesiegel.com
Email: perkins@stuevesiegel.com

*Attorneys for Plaintiff David Toms*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      */s/ John A. Yanchunis*  
                                                      John A. Yanchunis