# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DAVID TOMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 8:21-cv-00736-KKM-JSS |

## MOTION TO RELATE AND TRANSFER

Plaintiff David Toms ("Plaintiff"), pursuant to Local Rule 1.07(a)(2)(B), requests that this Court determine that this matter is related to a prior-filed action—*Lech et al v. State Farm Life Insurance Company* (M.D. Fla.), Case No. 8:19-cv-02983 ("*Lech*"), which is currently pending before the Honorable Mary S. Scriven—and transfer this case to Judge Scriven.

*Lech* was filed on December 4, 2019. *See Lech*, Doc. 1. This case was filed on March 26, 2021. (Doc. 1). On March 29, 2021, Plaintiff filed a Notice of Related Actions, identifying *Lech* as a related matter. (Doc. 7). On May 28, 2021, Defendant filed a Notice of Related Action likewise identifying *Lech* as a related matter. (Doc. 23).

Local Rule 1.07(a)(2)(B) directs that: "If actions before different judges present the probability of inefficiency or inconsistency, a party may move to transfer a later-filed action to the judge assigned to the first-filed action." Here, the *Toms* and *Lech* actions are related—and thus present the probability of inefficiency or inconsistency—because they both are proposed class actions against State Farm Life Insurance

Company ("State Farm") concerning the same policy form and allegations that State Farm loaded the cost of insurance rates with undisclosed profits and expenses in excess of the amounts authorized by the express terms of the insurance policies.

Given the common parties, allegations, and requested relief, adjudication of these actions separately would create an unduly burdensome duplication of labor and expense. Assignment of these cases to a single United States District Judge will conserve judicial resources and eliminate the potential for conflicting results. The actions are at a preliminary stage and thus assignment to a single judge would not prejudice any of the parties.[1]

For the reasons set forth above, Plaintiff respectfully requests that the Court find the *Toms* action and the *Lech* action are related, and that this Court transfer the *Toms* action to the Honorable Mary S. Scriven.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff has conferred with counsel for Defendant and can confirm that Defendant does oppose the relief requested in the motion.

Dated: June 16, 2021

Respectfully submitted,

**MORGAN & MORGAN**

*/s/ John Yanchunis*
John Yanchunis FL # 324681
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:  813-275-5272
Facsimile:  813-222-4736
Email:  jyanchunis@forthepeople.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO # 60583
(admitted *pro hac vice*)

---

[1] As required by Local Rule 1.07(a)(2)(B), Plaintiff will "file . . . a copy of th[is] motion in the first-filed action."

        Matthew W. Lytle, MO #59145
(admitted *pro hac vice*)
Joseph M. Feierabend, MO #62563
(admitted *pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone:    (816) 561-6500
Facsimile:    (816) 561-6501
Email:  jschirger@millerschirger.com
Email:  mlytle@millerschirger.com
Email:  jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682
(*pro hac vice application forthcoming*)
Ethan Lange, MO # 67857
(admitted *pro hac vice*)
Lindsay Todd Perkins, MO # 60004
(admitted *pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email:  siegel@stuevesiegel.com
Email:  lange@stuevesiegel.com
Email:  perkins@stuevesiegel.com

*Attorneys for Plaintiff David Toms*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>/s/ John A. Yanchunis</i><br>
John A. Yanchunis