IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD LECH II, as Personal
Representative of The Estate of
RONALD LECH III, on behalf of himself
and all others similarly situated

        Plaintiffs,

v.

        Case No.: 8:19-cv-2983-T-35TGW

STATE FARM LIFE INSURANCE
COMPANY,

        Defendant.
_____/

## **NOTICE OF FILING OPPOSITION TO MOTION TO TRANSFER**

Pursuant to Local Rule 1.07(a)(2)(B), Defendant State Farm Life Insurance Company, defendant in the related action, *Toms v. State Farm Life Insurance Company,* Case No. 8:21-cv-00736- KKM-JSS ("*Toms*"), in the United States District Court, Middle District of Florida, Tampa Division, pending before the Honorable Judge Kathryn Kimball Mizelle, hereby gives notice of filing *Defendant State Farm Life Insurance Company's Opposition to Motion to Relate and Transfer ("Opposition to Motion to Transfer"),* wherein State Farm opposes the motion to have the *Toms* matter transferred to this Court pursuant to the Local Rule. As contemplated by Local Rule 1.07(a)(2)(B), attached hereto as Exhibit 1 is a copy of the Opposition to Motion to Transfer filed in *Toms.*

| | |
|---|---|
| Date: June 17, 2021 | Respectfully submitted, |

<div style="margin-left:50%">

s/John W. Weihmuller, Esq.
John W. Weihmuller, Esq.
Florida Bar No. 0442577
Brian D. Webb, Esq.
Florida Bar No. 0073989
**Butler Weihmuller Katz Craig LLP**
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602-4327
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Email: jweihmuller@butler.legal
Email: bwebb@butler.legal

Jeremy A. Root, Esq. (*pro hac vice*)
**Stinson LLP**
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
Facsimile: (573) 636-6231
Email: jeremy.root@stinson.com

Todd A. Noteboom, Esq. (*pro hac vice*)
**Stinson LLP**
50 S. Sixth Street Unit 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Email: todd.noteboom@stinson.com

Cari K. Dawson (*pro hac vice*)
Tiffany L. Powers (*pro hac vice*)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com
*Attorneys for Defendant*
*State Farm Life Insurance Company*

</div>

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on June 17, 2021, on all counsel or parties of record.

<div style="text-align: right;">

s/John W. Weihmuller, Esq.
JOHN W. WEIHMULLER, ESQ.

</div>