# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| RONALD LECH II, as Personal Representative of The Estate of Ronald Lech III, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.<br>8:19-cv-02983-MSS-TGW |

## DEFENDANT'S MOTION TO STAY DEADLINES

Defendant State Farm Life Insurance Company respectfully moves the Court to stay the deadlines in the Case Management and Scheduling Order (ECF 45) pending the Court's ruling on State Farm's Motion for Summary Judgment filed contemporaneously herewith. A stay is the most efficient way to conserve time and resources of the parties given the high likelihood of success of the Motion for Summary Judgment, which is based on Plaintiff's previous broad release of all claims against State Farm related in any way to the insurance policy at issue in this lawsuit.

In determining whether to grant a stay of discovery during the pendency of a dispositive motion, "the Court must take a preliminary peek at the merits of a

dispositive motion to see if it appears to be clearly meritorious and truly case dispositive." *McCabe v. Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (internal quotations omitted). State Farm's summary judgment motion meets that standard.

In 2008, Plaintiff released all claims against State Farm related in any way to the life insurance policy that is at the center of this lawsuit. A copy of that executed and notarized release is attached hereto as **Exhibit A**. In the Release, Plaintiff "release[d] every imaginable claim, in the past, present or future, including claims for breach of contract, statutory violations, 'bad faith,' and attorney fees and costs against STATE FARM, its agents, employees and attorneys, related in any way to policy number LF-2033-9948." (Exh. A at 1-2).

In 2019, Mr. Lech filed this lawsuit, as the personal representative for his deceased son, asserting claims against State Farm related to policy number LF-2033-9948. (Am. Compl. [ECF 34] at 1 and 19 and ¶ 11). As set forth in State Farm's Motion for Summary Judgment, the broad, unambiguous language of Plaintiff's release bars the claims he asserts against State Farm in this lawsuit and entitles State Farm to summary judgment. State Farm's pending Motion for Summary Judgment 1) has a high probability of success and 2) would be dispositive of the entire case.

Additionally, several upcoming deadlines will require the devotion of significant time and resources of the Parties and their counsel—efforts that could be for naught if State Farm's Motion for Summary Judgment is granted. In particular,

the Court's Scheduling Order calls for all class discovery to be completed by August 27, 2021. Although the Parties have been diligently pursuing discovery, both sides will likely need to seek additional documents and testimony in advance of this deadline, which will all be unnecessary if Plaintiff's claims are dismissed. The Court has broad discretion to set and revise case schedules, *Shire Dev., LLC v. Mylan Pharm., Inc.*, No. 8:12-cv-1190-T-36AEP, 2015 U.S. Dist. LEXIS 114133, at *5 (M.D. Fla. Aug. 11, 2015), and the Court should exercise its broad discretion to stay the current case deadlines until it rules on State Farm's Motion for Summary Judgment in order to avoid undue burden and expense to all parties.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Following conferral, Plaintiff opposes the relief requested in the motion.

| | |
|---|---|
| Date: July 6, 2021 | */s/ John W. Weihmuller, Esq.*<br>John W. Weihmuller, Esq.<br>Florida Bar No. 0442577<br>BRIAN D. WEBB, ESQ.<br>Florida Bar No.: 0073989<br>**Butler Weihmuller Katz Craig LLP**<br>400 N. Ashley Drive, Suite 2300<br>Tampa, FL 33602-4327<br>Telephone: (813) 281-1900<br>Facsimile: (813) 281-0900<br>Email: jweihmuller@butler.legal<br><br>Cari K. Dawson (*pro hac vice*)<br>Tiffany L. Powers (*pro hac vice*)<br>**Alston & Bird LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900 |

Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com
*Attorneys for Defendant*
*State Farm Life Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on July 6, 2021, on all counsel of record.

s/John W. Weihmuller, Esq.
JOHN W. WEIHMULLER, ESQ.