## RELEASE

WHEREAS, this Release represents the final settlement of disputed claims made by MARION BLAIN, RONALD W. LECH, II (individually and as the personal representative of the Estate of Ronald W. Lech, III), MELISSA HATFIELD, and THE ESTATE OF RONALD W. LECH, III (the "CLAIMANTS"), concerning the duties and liabilities of STATE FARM LIFE INSURANCE COMPANY ("STATE FARM"):

AND, WHEREAS, the CLAIMANTS and STATE FARM desire to resolve controversy, avoid further litigation and buy their peace;

NOW, THEREFORE, the CLAIMANTS and STATE FARM agree:

FOR AND IN CONSIDERATION of payment by STATE FARM of $54,174.39 to the Siciliano Mychalowych Van Dusen and Feul PLC Client Trust Account, plus other good and valuable consideration, receipt of which hereby is acknowledged, the CLAIMANTS release and discharge STATE FARM from all claims of every kind which were made, or which could have been made, in the matters of *State Farm Life Insurance Company v. Marion Blain, Ronald W. Lech, II, Melissa Hatfield and Estate of Ronald W. Lech, III*, CASE NO: 8:07-cv-01849-T-17TGW, in the United States District Court, Middle District of Florida; *Marion Blain v. Ronald W. Lech, II and State Farm Life Insurance Company*, CASE NO: 53 2007 CA 003873 0000-00, in the Tenth Judicial Circuit, Florida State Court; and *Ronald W. Lech, II, Melissa Hatfield, Estate of Ronald W. Lech, III v. Marion Blain, State Farm Insurance*, CASE NO.: 2007-085844-CK, Circuit Court for the County of Oakland, State of Michigan. Furthermore, the CLAIMANTS release every imaginable claim, in the past, present or future, including claims for breach of contract, statutory violations, "bad faith," and attorney fees and



EXHIBIT A

costs against STATE FARM, its agents, employees and attorneys, related in any way to policy number LF-2033-9948.

DATED at  Bartow , Florida, this 25 day of March, 2008.

_____Marion Blain_____
MARION BLAIN

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF           )

The foregoing instrument was acknowledged before me this 25 day of March, 2008, by MARION BLAIN, who is personally known to me or who has produced _____ (type of identification) as identification and who did/did not take an oath.

_____
Notary Public
My Commission Expires:

JAMES RUSSELL FRANKLIN
MY COMMISSION # DD 440154
EXPIRES: October 12, 2009
Bonded Thru Notary Public Underwriters

_____
RONALD W. LECH, II
*individually and as the personal representative of the Estate of Ronald W. Lech, III*

STATE OF MICHIGAN )
) ss:
COUNTY OF OAKLAND )

The foregoing instrument was acknowledged before me this __24__ day of __March__, 2008, by RONALD W. LECH, II, who is personally known to me or who has produced _____ (type of identification) as identification and who did/did not take an oath.

_____
Notary Public
My Commission Expires:

TONI A. LATTIMER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Sep 23, 2012
ACTING IN COUNTY OF OAKLAND