# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RONALD LECH II, as Personal Representative of The Estate of Ronald Lech III, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

STATE FARM LIFE INSURANCE COMPANY,

        Defendant.

Case No. 8:19-cv-02983-T-35TGW

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION TO STAY DEADLINES

Defendant State Farm Life Insurance Company ("State Farm") premises its Motion to Stay Deadlines (ECF No. 72, "Motion to Stay") on its belief that its contemporaneously filed Motion for Summary Judgment (ECF No. 73) is likely to be granted. State Farm's Motion to Stay is untimely, and in any event, its Motion for Summary Judgment is likely to be denied. State Farm cannot clear the high hurdle to seek a stay of discovery at this late juncture.

Motions to stay discovery "are not favored because when discovery is delayed or prolonged it can create case management problems which impede the

Court's responsibility to expedite discovery and cause unnecessary litigation expenses and problems." *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997) (quoting *Simpson v. Specialty Retail Concepts, Inc.*, 121 F.R.D. 261, 263 (M.D.N.C. 1988). Thus, "[t]he proponent of a stay bears the burden of establishing its need." *Arkin v. Innocutis Holdings, LLC*, No. 8:16-CV-0321-T-27TBM, 2016 WL 1291393, at *1 (M.D. Fla. Apr. 1, 2016) (denying motion to stay response to complaint pending resolution of appeal in related case) (quoting *Clinton v. Jones*, 520 U.S. 681, 708 (1997)).

This is especially true where discovery has already begun, such as in this case. *See, e.g.*, *United States ex rel. Summerour v. Dermatology & Skin Cancer Prevention Ctr., Inc.*, No. 1:12-cv-0184-SCJ, 2013 WL 12109762, at *2 (N.D. Ga. Mar. 18, 2013) (denying defendant's motion to stay discovery because the filing of a motion to dismiss is not a sufficient basis to stay, discovery when discovery has already commenced). For example, in *Oy Ajat Ltd. v. Genoray Co.*, both parties served discovery, a case management and scheduling order was entered, and some discovery had already been completed. No. 6:16-cv-869-Orl-37DCI, 2016 WL 8996940, at *2 (M.D. Fla. Nov. 14, 2016). The defendant thereafter sought to stay discovery while its motion to dismiss was pending. *Id*. The court denied the stay on the basis that the defendant had failed to offer a good reason for its failure to

2

request a stay before exchanging discovery and entry of the scheduling order. *Id.* at *2-3.

State Farm has not satisfied its burden. The discovery in this case is largely co-extensive with the discovery previously produced by State Farm in the *Vogt* case, wherein the Western District of Missouri found that State Farm had breached the *same* life insurance policy as to a class of Missouri policyholders. To the extent any additional burden exists, it is minimal.

In any event, and as will be set forth in Plaintiff's Opposition to Defendant's Motion for Summary Judgment, State Farm's Motion for Summary Judgment is unlikely to be granted. Because State Farm's Motion for Summary Judgment is far from being "clearly meritorious and truly case dispositive," *McCabe v. Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (internal quotation omitted), State Farm cannot satisfy the high burden of obtaining a stay.

A stay is not warranted. State Farm's Motion for Stay should be denied.

Respectfully Submitted,                            Dated: July 20, 2021

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

*/s/ Michael E. Lockamy*
Michael E. Lockamy
Florida Bar No. 69626
Primary Email: mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

    -and-

| | |
|---|---|
| HAUSFELD LLP | KALIEL PLLC |
| James J. Pizzirusso* | Sophia Goren Gold* |
| Primary Email: jpizzirusso@hausfeld.com | Primary Email: sgold@kalielpllc.com |
| Nathaniel C. Giddings* | 1875 Connecticut Avenue NW, 10th Floor |
| Primary Email: ngiddings@hausfeld.com | Washington, DC 20009 |
| Melinda R. Coolidge* | Telephone: (202) 350-4783 |
| Primary Email: mcoolidge@hausfeld.com | Facsimile: (202) 871-8180 |
| 888 16th Street, NW | |
| Washington, DC 20006 | MITCHELL DeCLERK |
| Telephone: (202) 540-7200 | Larry D. Lahman* |
| Facsimile: (202)540-7201 | Primary Email: larry.lahman@sbcglobal.net |
| | Roger L. Ediger* |
| Kimberly Fetsick* | Primary Email: rle@mdpllc.com |
| Primary Email: kfetsick@hausfeld.com | 202 West Broadway Avenue |
| 33 Whitehall Street | Enid, Oklahoma 73701 |
| New York, NY 10004 | Telephone: (580) 234-5144 |
| Telephone: (646) 357-1100 | Facsimile: (580) 234-8890 |
| Facsimile: (212) 202-4322 | |