UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD LECH II,
as Personal Representative of
The Estate of Ronald Lech III,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                                                                     CASE NO. 8:19-cv-2983-MSS-TGW

STATE FARM LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Defendant's Motion to Stay Deadlines (Doc. 72). The defendant argues that the deadlines in the Case Management and Scheduling Order—including and not limited to discovery deadlines—should be stayed, pending the Court's ruling on the Defendant's Motion for Summary Judgment (Doc. 73). The justification for such a stay is "to conserve time and resources of the parties given the high likelihood of success of the Motion for Summary Judgment" (Doc. 72, p. 1). The plaintiff has filed a response in opposition of the motion (Doc. 74).

The defendant's motion fails on its merits. As set forth in the

court's Middle District Discovery manual, a movant must satisfy a stringent standard to obtain a stay of discovery.

> Normally, the pendency of a ... motion for summary judgment will not justify a unilateral motion to stay discovery pending resolution of the dispositive motion. Such motions for stay are rarely granted. However, unusual circumstances may justify a stay of discovery in a particular case upon a specific showing of prejudice or undue burden.

Middle District Discovery (2015) at ¶ I.E.4.

As noted, the defendant's justification for a stay to the deadlines is to save time and resources, under the guise that such resources will be "naught if [the Defendant's] Motion for Summary Judgment is granted." (Doc. 72, p. 2). This is insufficient to grant the extraordinary relief of staying discovery. It is, therefore, upon consideration,

ORDERED:

That the Defendant's Motion to Stay Deadlines (Doc. 72) is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 21st day of July, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2